Elliot Gale (Bar #1119904)
egale@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778 ph
916-721-2767 fax

Attorneys for Plaintiff
Lucas Gepner

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| LUCAS GEPNER<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BANK OF AMERICA, N.A.<br><br>　　　　　　Defendant. | Case No.: 2:20-cv-01271-WED<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT BANK OF AMERICA, N.A. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff Lucas Gepner and defendant Bank of America, N.A. have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. Plaintiff anticipates filing a dismissal of Bank of America, N.A. within 25 days once the settlement is finalized.

Dated:　October 21, 2020

**Gale, Angelo, Johnson, & Pruett, P.C.**

/s/ *Elliot Gale*
Elliot Gale
Attorney for Plaintiff